THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT,<br><br>       Plaintiff,<br><br>   v.<br><br>PERDUE FOODS LLC,<br><br>       Defendant. | CASE NO. C20-0836-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff Waste Action Project's motion for leave to file an amended complaint (Dkt. No. 15). Defendant Perdue Foods LLC did not respond to the motion. The Court considers the failure to respond to be "an admission that the motion has merit." W.D. Wash. Local Civ. R. 7(b)(2). Accordingly, the Court GRANTS the motion. Plaintiff must file the amended complaint within 14 days of this order. The amended complaint may not differ from the complaint attached to Plaintiff's motion at Docket Number 15.

DATED this 29th day of January 2021.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE