THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | CASE NO. C20-0836-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PERDUE FOODS LLC d/b/a DRAPER VALLEY FARMS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Before the Court is the parties' stipulated motion to extend the case schedule. (Dkt. No. 24.) Based on the parties' assertion that they need additional time to explore settlement through mediation, the Court finds good cause for an extension and GRANTS the parties' stipulation (*Id.*), but makes adjustments to the parties' proposed dates to ensure adequate time to adjudicate remaining motions before trial. It is ORDERED that the civil scheduling order be modified as follows:

| | |
|---|---|
| Expert Report Deadline | February 15, 2022 |
| Rebutting Expert Report Deadline | March 15, 2022 |

| | |
|---|---|
| Dispositive Motions Deadline | March 22, 2022 |
| Discovery Cutoff | April 8, 2022 |
| Proposed Pretrial Order Deadline | May 21, 2022 |
| Trial Briefs, Voir Dire, and Jury Instructions | June 16, 2022 |
| Trial (5 days) | June 20, 2022 |

DATED this 3rd day of September 2021.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C20-0836-JCC
PAGE - 2