THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, | CASE NO. C20-0836-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PERDUE FOODS LLC d/b/a DRAPER VALLEY FARMS, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court understands that the parties in this matter have reached a settlement. (Dkt. No. 29.) Accordingly, it is hereby ORDERED that they must file a stipulated notice of dismissal without a court order under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) within 30 days of this order or show cause why the case should not be dismissed with prejudice based on their settlement.

DATED this 16th day of December 2021.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk